1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   TOVA D. WOLKING
4  Special Assistant United States Attorney
   California Bar No. 259782
5  　　333 Market Street, Suite 1500
   　　San Francisco, California 94105
6  　　Telephone: (415) 977-8981
   　　Facsimile: (415) 744-0134
7  　　E-Mail: Tova.Wolking@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JUDY BEE SESSIONS, | CV 08-8176 RZ |
| Plaintiff, | [~~PROPOSED~~] **JUDGMENT OF REMAND** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The Court ~~having~~ approve~~d~~s the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with this Judgment of Remand. Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: July 28, 2009

_____
HONORABLE RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE